UNITED STATES of America,
Plaintiff–Appellee,

v.

Terryon J. NORRIS, Defendant–
Appellant.

No. 13–12715
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 9, 2014.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Lamont A. Belk, Nancy Greenwood, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Tom A. Peterson, The Law Firm of Tom A. Peterson IV, LLC, Vidalia, GA, for Defendant–Appellant.

Before HULL, WILSON and FAY, Circuit Judges.

PER CURIAM:

Thomas A. Peterson IV, appointed counsel for Terryon J. Norris in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Norris's conviction and sentence are **AFFIRMED**.